IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODNEY HEARD,** )
)
   **Plaintiff,** )
)
-vs- ) No. 14-CV-905-NJR
)
**VIPIN SHAH, M.D., and** )
**DAVID HESS,** )
)
   **Defendants.** )

## JURY VERDICT FORM

On Plaintiff Rodney Heard's claims of deliberate indifference to a serious medical need, we the jury, unanimously find as follows (check either box as to each defendant):

|  | For Plaintiff | For Defendant |
|---|---|---|
| As to Defendant Shah: | _____ | ___X___ |
| As to Defendant Hess: | _____ | ___X___ |

*Note: Complete the next section only if one or more of the above findings is in favor of Plaintiff. If you find in favor of Plaintiff on his claim against only one defendant, you may only assess damages as to that defendant. If you do not find in favor of Plaintiff on either of the above claims, skip to the next page and date/sign this form.*

Compensatory Damages:

We find the compensatory damages for Plaintiff Heard to be as follows (write in the amount, or if you find that Plaintiff's damages have no money value, set forth a nominal amount, such as $1.00):

On Plaintiff's claim against Defendant Shah:     $_____

On Plaintiff's claim against Defendant Hess:     $_____

*Note: Complete the next section only if you have first found against one or both defendants above. If you find that punitive damages are not appropriate as to a defendant, leave the amount blank.*

Punitive Damages:

    We award punitive damages as follows:

    On Plaintiff's claim against Defendant Shah:    $_____

    On Plaintiff's claim against Defendant Hess:    $_____

**Date:** 7/19/2017

**Foreperson:** [redacted]