# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

## Exhibit List

| Style: Heard, Rodney v. Chapman, et al. |
|---|

| Case Number:  03:14-cv-905-NJR-DGW |
|---|

| Presiding Judge:<br>Nancy J. Rosenstengel | Plaintiff's Attorney:<br>Thomas K. Neill | Defendants' Attorneys:<br>Timothy P. Dugan (for Dr. Shah)<br>Deborah Barnes (for Mr. Hess)<br>Samantha Costello (for Mr. Hess) |
|---|---|---|
| Trial Date:  July 18-19, 2017 | Court Reporter:<br>Molly Clayton | Courtroom Deputy:<br>Deana Brinkley |

| Plaintiff Exh. No. | Defendants' Exh. No. | Admitted | Description |
|---|---|---|---|
| 1 | | | **Radiology Report - 06/1/11**<br>**(Bates labeled Exhibit D, p. 82)** |
| 2 | | | **Medical Records – various dental between 2005 and 2013**<br>**(Bates labeled Exhibit D, pp. 35-44)** |
| 3 | | | **Medical Record - 6/2/11**<br>**(Bates labeled Exhibit D, p. 13)** |
| 4 | | √ | **Medical Records – 2/20/13 oral surgery consult request**<br>**(Bates labeled Exhibit D, pp. 493-5)** |
| 5 | | | **Medical Records – 2/28/13 oral surgery consult request**<br>**(Bates labeled Exhibit D, pp. 499-500)** |
| 6 | | | **Health Status Transfer Summary – 10/15/11**<br>**(Bates labeled Exhibit D, p. 21)** |
| 7 | | √ | **Job Description – On Site Medical Director**<br>**(Bates labeled Exhibit E, pp. 6-7)** |
| 8 | | √ | **Medical Records – various dental between 2005 and 2011**<br>**(Bates labeled Exhibit D, pp. 41-44)** |
| 9 | | | **Medical Record - Dr. Craig Consultation – 5/27/11**<br>**(Bates labeled Exhibit D, p. 36)** |
| 10 | | | **Medical Record – Dr. Tilden – hypertension clinic – 8/26/11**<br>**(no Bates label)** |
| 11 | | | **Medical Record – Progress Note - 9/27/11**<br>**(no Bates label)** |

| Plaintiff Exh. No. | Defendants' Exh. No. | Admitted | Description |
|---|---|---|---|
| 12 | | √ | Job Description - Chief Dentist (Bates labeled Exhibit E, p. 21 |
| 13 | | | Wexford Dental Policies (Bates labeled Exhibit F, pp. 5-15) |
| 14 | | | Medical Record - Dental Note - 03/2/11 and 4/14/11 (Bates label Exhibit D, p. 8) |
| 15 | | | Medical Record – Progress Note - 5/11/11 (Bates labeled Exhibit D, p. 12) |
| 16 | | | Counseling Summary History – 9/5/12 to 11/29/12 – Screenshot (no Bates label) |
| 17 | | | Acknowledgement of receipt of handbook - 10/20/11 (no Bates label) |
| 18 | | | Acknowledgement of receipt of handbook - 8/2/10 (no Bates label) |
| 19 | | | Acknowledgement of receipt of handbook - 8/28/08 (no Bates label) |
| 20 | | | Acknowledgement of receipt of handbook - 2/21/08 (no Bates label) |
| 21 | | | Acknowledgement of receipt of handbook - 6/2/05 (no Bates label) |
| 22 | | | Excerpts of Inmate Orientation Manual (no Bates label) |
| 23 | | √ | Job Description – Correctional Counselor I (no Bates label) |
| 24 | | | David Hess's Notes Prepared for Deposition (no Bates label) |
| 25 | | | Exemplar Offender Request – aka "kite" (no Bates label) |
| 26 | | | Job Description – Dentist (Bates labeled Exhibit E, p. 22) |
| 27 | | | RN/LPN Intake Interview – 10/19/11 (Bates labeled Exhibit D, p. 22) |
| 28 | | | Medical Records – 2/10/14 (Bates labeled Exhibit D, p. 360-1) |
| 29 | | | Medical Records – 2/17/14 (Bates labeled Exhibit D, p. 753-4) |
| 30 | | √ | Photograph of X-Ray – 7/2/13 (Bates labeled Subpoenaed Swanson p. 22) |
| 31 | | √ | Photograph of X-Ray – 10/31/13 (Bates labeled Subpoenaed Swanson p. 25) |

| Plaintiff Exh. No. | Defendants' Exh. No. | Admitted | Description |
|---|---|---|---|
| 32 | | √ | Photograph of X-Ray – 12/18/15 (Bates labeled Swanson p. 2) |
| 33 | | | DOC Administrative Rules, §§ 415.10, .30 (no Bates label) |
| 34 | | | Medical Policies and Procedures (Bates labeled Exhibit F, pp. 1-4) |
| 35 | | | Medical Policies and Procedures - Oral and Maxillofacial Surgery Guidelines (Bates labeled Exhibit F, pp. 32-4) |
| 36 | | √ | Medical Policies and Procedures - Otolaryngology Guidelines (Bates labeled Exhibit F, pp. 35-39) |
| 37 | | | Medical Policies and Procedures - Pain Management (Bates labeled Exhibit F, pp. 40-1) |
| 38 | | | Documents related to 4/10/14 Grievance - Gynecomastia (Bates labeled Exhibit C, pp. 3-6) |
| 39 | | √ | Documents related to 2/21/14 Grievance – Dental (Bates labeled Exhibit C, pp. 18-20) |
| 40 | | | Medical Records – 7/28/14 and 7/30/14 (Bates labeled Exhibit D, p. 757-8) |
| 41 | | | Medical Record – 11/4/14 (Bates labeled Exhibit D, p. 360-1) |
| 42 | | | DOC Administrative Rules, §§ 504.800, .810, .830, .840 (no Bates label) |
| 43 | | | Video Deposition of Dr. Jay Swanson |
| 43A | | | Deposition Transcript of Dr. Jay Swanson |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | √ | 12/29/14 memo from Dr. Shah to Counselor VanZandt |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| | 55 | √ | Cumulative Counseling Summary |
| | 56 | √ | Plaintiff's Medical Records |
| | 57 | | 3-20-13 Memo to Harman from Chapman |
| | 58 | | Plaintiff's signed receipt for orientation manual |
| | 59 | √ | 2011 Orientation Manual |

| Plaintiff Exh. No. | Defendants' Exh. No. | Admitted | Description |
|---|---|---|---|
| | 60 | | **Plaintiff's Pinckneyville Commissary Records (pp. 1-34)** |
| | 61 | | **Plaintiff's Answers to Dr. Shah's Interrogatories** |
| | 62 | √ | **Select Medical Records (pp. 1-41)** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |